

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00445-CV

**IN RE** Jason D. **PRESLEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: July 10, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On July 1, 2019, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI01770, styled *In the Matter of the Marriage of Jason Dale Presley and Suzanne Marie Presley and In the Interest of Z.B.P. and V.I.P., Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.